1  Muriel B. Kaplan, Esq. (SBN 124607)
   Michele R. Stafford, Esq. (SBN 172509)
2  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery Street, Suite 2110
3  San Francisco, CA 94104
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   mkaplan@sjlawcorp.com
5  mstafford@sjlawcorp.com

6  Attorneys for Plaintiffs

10                    UNITED STATES DISTRICT COURT

11                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

| F. G. CROSTHWAITE, et al., as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND, et al., | Case No.: C10-5058 SBA |
|---|---|
| Plaintiffs, | **NOTICE OF VOLUNTARY DISMISSAL** |
| v. | |
| GILBERT EXCAVATING, INC., a California Corporation, | |
| Defendant. | |

PLEASE TAKE NOTICE that pursuant to F.R.C.P., Rule 41(a)(1), Plaintiffs OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND, et al., voluntarily dismiss, without prejudice, their claim against Defendant GILBERT EXCAVATING, INC. a California Corporation.  Notwithstanding numerous attempts, Defendant could not be located and has not been served with the Summons, Complaint, and related documents.  Accordingly, Defendant has neither served an answer nor moved for summary judgment, and Plaintiffs have not previously filed or dismissed any similar action against Defendant.

///

///

///

NOTICE OF VOLUNTARY DISMISSAL
Case No.: C10-5058 SBA

P/Clients/OE3CL/Gilbert Excavating/Pleadings/Notice of Voluntary Dismissal 122310.com

1  It is therefore requested that this action be dismissed without prejudice, and that the Court
2  retain jurisdiction over this matter.
3  I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above-
4  entitled action, and that the foregoing is true of my own knowledge.
5  Executed this 23rd day of December, 2010, at San Francisco, California.

6                                       SALTZMAN & JOHNSON
                                        LAW CORPORATION
7

8                              By:  /S/Muriel B. Kaplan
9                                   Muriel B. Kaplan
                                    Attorneys for Plaintiffs
10

11
IT IS SO ORDERED.
12

13  This case is dismissed without prejudice. ~~and the Court shall retain jurisdiction over this matter.~~ SBA

14

15  Date:_1/10/11                    _____
16                                   UNITED STATES DISTRICT COURT JUDGE

17
18
19
20
21
22
23
24
25
26
27
28

NOTICE OF VOLUNTARY DISMISSAL
Case No.: C10-5058 SBA